

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Franklin Eduardo Rodriguez-Rubio v. The State of Texas

Appellate case number:   01-17-00463-CR

Trial court case number:  1470980

Trial court:                    180th District Court of Harris County

   This case was abated and remanded to the trial court for the trial court to enter written findings of fact and conclusions of law related to appellant's suppression motion in the trial court. The district clerk has filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Accordingly, we **REINSTATE** this case on the Court's active docket.

   Appellant's amended brief, if any, is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.7.

   The State's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's amended brief. *See* TEX. R. APP. P. 38.6(b).

   It is so **ORDERED**.


Judge's signature: /s/ Sherry Radack
       ☒ Acting individually ☐ Acting for the Court


Date: July 24, 2018